# UNITED STATES DISTRICT COURT
for the
District of Oregon

| Todd S. Johnson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-1734-MO |
| Jondy Chemical, Inc., | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/29/2018__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __4/11/19__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT
## District of Oregon

### EXEMPLIFICATION CERTIFICATE

I, _____**Mary L. Moran**_____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Default Judgment and Money Award in case #3:16-cv-01734 MO, Johnson v. Jondy Chemical, Inc., docket #48, filed on 6/29/2018,

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at _____**Portland**_____ on __**04/11/2019**__
City                                                                                         Date

_/s/ Mary L. Moran_                                            _S.C._
Mary L. Moran, Clerk of Court                        By: Deputy Clerk

I, _____**Michael W. Mosman**_____, a Judicial Officer of this Court, certify that _____**Mary L. Moran**_____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__4/14/19__                                            _/s/ Michael W. Mosman_
Date                                                       Signature of Judge

**Michael W. Mosman**
United States District Judge

I, _____**Mary L. Moran**_____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____**Michael W. Mosman**_____,
United States District Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____**Portland**_____ in this State, on __**4/15/2019**__
City                                                                                         Date

_/s/ Mary L. Moran_                                            _S.C._
Mary L. Moran, Clerk of Court                        By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TODD S. JOHNSON, | No. 3:16-cv-1734-MO |
| Plaintiff, | **DEFAULT JUDGMENT AND MONEY AWARD** |
| v. | |
| JONDY CHEMICAL, INC., a Kentucky corporation, dba ULTRA SHIELD | |
| Defendants. | |

MOSMAN, J.,

Plaintiff Todd S. Johnson brought claims against Defendant Jondy Chemicals, Inc. for Family Medical Leave Act interference, Oregon Family Leave Act interference, wrongful discharge, breach of implied covenant and good faith and fair dealing, and promissory estoppel. Complaint [1]. After my rulings on Defendant's Motion to Dismiss [10] and Motion for Summary Judgment [20], all claims were dismissed except Mr. Johnson's claim for wrongful termination.

On March 23, 2018, I entered an Order of Default in favor of Mr. Johnson and against Jondy Chemicals [43]. I ordered Mr. Johnson to submit evidence in support of a damages amount, and he has done so [45]. Mr. Johnson seeks $366,445.81 in economic damages and $375,000.00 in non-economic damages arising out of the termination. His economic damages include his salary and an estimate of the sales and commission he would have received under this employment agreement, had he worked from the date he was cleared to return to work until the

1 – DEFAULT JUDGMENT

date default was entered, minus the amount of income he has earned from other sources since he was terminated. *See* Johnson Decl. [45] ¶¶ 14–23. Mr. Johnson's noneconomic damages arise from the humiliation and devastation that the termination caused as well as the end of his longstanding sales relationships. Johnson Decl. [45] ¶¶ 24–26. These are damages Mr. Johnson is entitled to for his wrongful discharge claim under Oregon law. *See generally Reddy v. Cascade Gen., Inc.*, 206 P.3d 1070, 1076 (Or. Ct. App. 2009); Compl. [1] ¶¶ 44–49.

Having reviewed Plaintiff's evidence, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff is the prevailing party and that he shall have a default judgment against Defendant in the amount of $741,445.81.

## MONEY AWARD IN FAVOR OF PLAINTIFF

1. Name and address of each Judgment Creditor:
   Todd S. Johnson
   c/o Garrett Hemann Robertson P.C.
   Attn: Luke Reese
   1011 Commercial Street NE
   Salem, OR 97301-10449

2. Name, address and phone number of each Attorney for Judgment Creditor:
   Garrett Hemann Robertson P.C.
   Attn: Luke Reese
   1011 Commercial Street NE
   Salem, OR 97301-1049
   503-581-1501

3. Judgment Debtor(s) Information (if known):
   Name:                     Jondy Chemicals, Inc., dba Ultra Shield
                             c/o Randy C. Wahlman, Registered Agent
   Last known address:   PO Box 3150
                             4432 West Highway 80
                             Somerset, KY 42503

4. Name of attorney(s) for Judgment Debtor(s): None known.

5. Name of any person or public body known to judgment creditor, other than judgment creditor's attorney, entitled to any portion of a payment made on the judgment: None.

2 – DEFAULT JUDGMENT

6. Principal Amount of Judgment: $741,445.81.

7. Pre-judgment simple interest on principal amount of judgment: None.

8. Post-judgment simple interest at the rate of 9.00% per annum, to be compounded annually from the date this Default Judgment and Money is entered until fully in paid.

9. Attorney Fees Award: None.

10. Costs awarded: N/A.

11. Pre-judgment interest on costs: N/A.

12. Post-judgment interest on costs: N/A.

DATED this 29 day of June, 2018.

                                                MICHAEL W. MOSMAN
                                                Chief United States District Judge